BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASWINDER SINGH MULTANI,<br><br>  Plaintiffs,<br><br>  v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>  Defendants. | No.  1:10-cv-1172 OWW GSA<br><br>JOINT STIPULATION RE: DISMISSAL AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS).  As of the time of this filing, the application has been adjudicated.  Accordingly, the parties stipulate to dismissal of this action.

Dated: August 24, 2010

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                    By:    /s/Audrey Hemesath
                           Audrey B. Hemesath
                           Assistant U.S. Attorney
                           Attorneys for the Defendants

                    By:    /s/ James M. Makasian
                           James M. Makasian
                           Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that matter is dismissed.

IT IS SO ORDERED.

**Dated:   August 30, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE